# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| FRED BLASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-02605-LMM |
| v. | ) | |
| | ) | |
| H.E.H. PAVING, INC., | ) | |
| HERBERT WILLIAMS, | ) | |
| HOBSON MILNER, | ) | |
| TARIK MILNER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Fred Blash and Defendants H.E.H. Paving, Inc., Herbert Williams, Hobson Milner and Tarik Milner filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' motion is **GRANTED**.

11348214 v1

It is, therefore, **ORDERED** that parties' settlement agreement is **APPROVED** and this action is dismissed **WITH PREJUDICE** except that the Court expressly retains jurisdiction to enforce the settlement which has been approved by the Court.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994).  Each party shall bear its or his own costs and expenses.

SIGNED THIS 1st DAY OF February, 2018.

_____
The Honorable Leigh Martin May
District Court Judge, Northern District of Georgia

11348214 v1